FILED
 2017 Jun-23  PM 03:19
 U.S. DISTRICT COURT
     N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | | |
|---|---|---|
| HARSCO CORP., | ] | |
| Plaintiff, | ] | |
| v. | ] | 4:17-cv-00565-KOB |
| CMC INC., | ] | |
| Defendant. | ] | |

## ORDER OF DISMISSAL

This matter comes before the court on the Plaintiff's "Notice of Voluntary Dismissal" (Doc. 3).  The court **DISMISSES** this action **WITHOUT PREJUDICE**. The Clerk is directed to close this case.

**DONE** and **ORDERED** this 23rd day of June, 2017.



_____
KARON OWEN BOWDRE
CHIEF UNITED STATES DISTRICT JUDGE